UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CITIZENS BANK, | ) | CASE NO. 1: 08 CV 2174 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | <u>ORDER ADOPTING</u> |
| | ) | <u>MAGISTRATE'S REPORT AND</u> |
| | ) | <u>RECOMMENDATION</u> |
| CINEMA PARK L.L.C., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge William H. Baughman, Jr.. The Report and Recommendation (ECF # 171), issued on August 6, 2009, is hereby ADOPTED by this Court. Plaintiff, Citizens Bank filed one of the subject motions for default judgment against numerous defendants who did not file answers or otherwise respond to the Plaintiff's Complaint. (ECF #153). Defendant Lumberjack's, Inc. also filed a motion for default judgment on its crossclaim/new-party complaint against defendants Rysar Properties, Inc. and Cinema Park, LLC, and new-party defendant Kenneth J. Lurie. (ECF#161). No timely objections have been filed.

The Court has reviewed *de novo* the Report and Recommendation, *see Ohio Citizen Action v. City of Seven Hills*, 35 F. Supp. 2d 575, 577 (N.D. Ohio 1999), and ADOPTS the Report and

Recommendation in its entirety.

IT IS SO ORDERED.

DATED: August 25, 2009

/s/ Donald C. Nugent
DONALD C. NUGENT
United States District Judge